IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AIRUN DAMON DUNN, | § | |
| | § | |
| MOVANT, | § | |
| | § | |
| V. | § | Case No. 3:21-cv-2932-X |
| | § | (Criminal No. 3:19-cr-503-X) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| RESPONDENT. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.

The Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court will reset this matter for resentencing in his criminal case.

SO ORDERED this 25th day of March, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE